```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __6/11/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                               :

UNITED STATES OF AMERICA,        :        ORDER

            -v-                               :

                                           :        19-CR-0663-3 (ER)

GILBERTO LUCIANO VAZQUEZ,      :

                   Defendant.     :

-----------------------------------------------------------X

Ramos, D.J.:

      A bail hearing will be held on **June 12, 2020, at 11:15 AM**, and shall hereby occur as a teleconference**.**

      Counsel should call **(877) 411-9748** and use access code **3029857#**.  (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)  Counsel should adhere to the following rules and guidelines during the hearing:

1. Counsel should use a landline whenever possible, should use a headset instead of a speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise.  In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

2. To facilitate an orderly teleconference and the creation of an accurate transcript, counsel are *required* to identify themselves every time they speak.  Counsel should spell any proper names for the court reporter.  Counsel should also take special care not to interrupt or speak over one another.

3. If there is a beep or chime indicating that a new caller has joined while counsel is speaking, counsel should pause to allow the Court to ascertain the identity of the new participant and confirm that the court reporter has not been dropped from the call.

It is SO ORDERED.

Dated: June 11, 2020
       New York, New York

_____
Edgardo Ramos, U.S.D.J.