# MEMORANDUM

TO: <u>Honorable Edgardo Ramos</u>
United States District Judge

FROM: Scott Kowal, Chief
United States Pretrial Services Officer

                                                       RE:       Gilberto Luciano Vazquez
                                                       DOCKET#:   19 CR 663 (ER)

The attached memorandum was prepared by Pretrial Services Officer:

| **Dennis Khilkevich** | 212-805-4347 |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]    I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[x]    My chambers will inform all parties concerned that I will conduct a Bail Review Hearing by phone

        Phone: (877) 411-9748
        Access Code: 3029857#   on  Sept. 10, 2021  at  10:30am
                                                     Date            Time

[ ]    I request that a Bail Review Hearing be conducted by:

        [ ]    The presiding Magistrate Judge in courtroom # 5A.

        [ ]    The District Court Judge presiding in Part I.

        [ ]    _____ at his/her earliest convenience.
                          Judicial Officer

[ ]    A bench warrant shall be issued for the defendant's arrest

So Ordered: _/s/ Edgardo Ramos_____    Date __09/03/2021_____