## MEMORANDUM

TO:      <u>Honorable Edgardo Ramos</u>
         United States District Judge

FROM:    Scott Kowal, Chief
         United States Pretrial Services Officer

                                        RE:       **Gilberto Luciano Vazquez**
                                        **DOCKET#:   19 CR 663 (ER)**

The attached memorandum was prepared by Pretrial Services Officer:

| **Dennis Khilkevich** | **212-805-4347** |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]      I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[x]      My chambers will inform all parties concerned that I  will conduct a Bail Review Hearing by phone

<div style="border:1px solid">Phone: (877) 411-9748<br>Access Code: 3029857#</div> on      <u>09/15/2021</u>      at      <u>3:00pm</u>
                                        Date                      Time

[ ]      I request that a Bail Review Hearing be conducted by:

         [ ]      The presiding Magistrate Judge in courtroom # 5A.

         [ ]      The District Court Judge presiding in Part I.

         [ ]      _____ at his/her earliest convenience.
                  Judicial Officer

[ ]      A bench warrant shall be issued for the defendant's arrest

So Ordered:_____      Date___09/03/2021_____