USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __9/17/2021__

*Law Office of*
**SAMUEL GREGORY**
*225 Broadway, Suite 1203*
*New York, New York, 10007*
*Telephone: 718-222-2992*
*Facsimile: 718-222-2889*
*www.samgregory.com*

Admitted in NY and NJ

**VIA ECF**

**MEMO ENDORSED**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re**: <u>United States v. Vasquez</u>
Docket # 19 Cr 663

Dear Judge Ramos,

Please be advised that I am writing this letter to request an adjournment of Mr. Vazquez's sentence which is currently scheduled for September 29, 2021. The reason for this request is that I have been overwhelmed with case related work and I need to gather information relevant to sentencing. I would ask the court to adjourn Mr. Vazquez's sentence for 60 days.

The September 29 sentencing is adjourned to December 1, 2021 at 10:30 a.m.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __9/17/2021__
New York, New York

Respectfully submitted,

By: *Samuel Gregory*
Law Office of Samuel Gregory
225 Broadway, Suite 1203
New York, New York
Tel: 718-222-2992/718-360-6243
Email: Sam@samgregory.com

*Attorney for Gilberto Luciano Vasquez*