UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>GILBERTO LUCIANO VAZQUEZ,<br><br>Defendant. | ORDER<br><br>19cr663-3 (ER) |

**To: U.S. Marshal Office**

Ramos, D.J.:

On November 17, 2021, the court held a bail review hearing and ordered that the defendant be remanded.

The defendant, Gilberto Luciano Vazquez, is ordered to surrender his person to the custody of the U.S. Marshals at the Federal Building in San Juan, Puerto Rico on **Thursday, November 18, 2021, on or before 12:00 pm.**

It is SO ORDERED.

Dated: New York, New York
Novembre 17, 2021

Edgardo Ramos, U.S.D.J.