```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                        DOC # _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED:   1/21/2022
-------------------------------------------------------------X
UNITED STATES OF AMERICA,                     :
                                              :
                                              :
                                              :
        - against -                           :
                                              : 19 CR 663 (ER-3)
                                              :
GILBERTO LUCIANO VAZQUEZ                       :
                                              : UNITED STATES PRE-TRIAL
                                              : SERVICES OF THE SOUTHERN
                       Defendant.             : DISTRICT OF NEW YORK
-------------------------------------------------------------X
```

To: UNITED STATES PRE-TRIAL SERVICES OF THE SOUTHERN DISTRICT OF NEWYORK

WHEREAS, United States Pre-Trial Services of the Southern District of New York is in possession of a psychological report which was generated on behalf of Gilberto Luciano Vazquez. Inmate numbers 76332-054;

IT IS THEREFORE ORDERED that Mr. Gregory be permitted to receive a copy of said psychological report within the possession of the United States Pre-Trial services of the Southern District of New York. This report shall be forward to Mr. Gregory forthwith.


Dated:    New York, New York
          January 21, 2022



                                              SO ORDERED

                                              _____
                                               Honorable, Edgardo Ramos
                                               District Judge, United States District Court
                                               Southern District of New York