Gilberto Luciano Correa<br>
Arlene Vazquez<br>
Guayanilla, PR

Honorable Judge
New York City
March 15, 2022

Your Honor:

    We are Gilberto Luciano Correa and Arlene Vázquez, parents of Gilberto Luciano Vázquez, by this means we are asking for mercy for our son. We understand the seriousness of the crime for which you are accused, we understand that it is a slow and very delicate process. Our son was raised on a good family foundation, we are a family of 7, the two of us and his four brothers. Gilberto is the oldest who helps us a lot with his brother Edgardo who has health problems. Edgardo suffers from epileptic seizures, Gilberto helped us take care of him and we depend a lot on him. Since Gilberto is not here, Edgardo's attacks are very recurrent and it has become very difficult for us to deal with this situation. Gilberto is a good son, good brother, father and grandfather. He is very hardworking and responsible. He likes to help others and those in need. He attended his psychological therapies as indicated by justice. Gilberto is willing to continue with his therapies, he is willing to respect probation and rehabilitation if necessary. We as a family are willing to support you at all times. His stay in prison for our family, especially for Edgardo, would be devastating because he depends a lot on Gilberto. Thanks for your attention.

Sincerely,

Gilberto Luciano Correa & Arlene Vazquez

Gylmarie Luciano Cappas
Guayanilla, PR

Honorable Judge
New York City
March 14, 2022

Your Honor:

My name is Gylmarie Luciano Cappas, I am the second daughter of Gilberto Luciano Vásquez, by this means I am imploring mercy for my father. I understand that the crime for which my father is being prosecuted is a more serious one, I also understand that it is a somewhat long and delicate process. My father is the grandfather of my three children, he helped me in his free time to care for, study and assist my children. He has been a good father, but above all a good grandfather. As an employee of my cohabitation partner, Javier Mattei was an exceptional being, a very good worker, responsible, attentive to clients. He was only absent on his psychological therapy days which were recommended by the court. My wedding will now be on March 27, 2022, my dream would be that he will deliver me at the altar and give me his blessing. My father is willing to continue with his therapies, to respect probation and/or rehabilitation. As his daughter I am willing to help him.

Sincerely,

*Gylmarie Luciano Cappas*

Kimberly Luciano Cappas
Guayanilla, PR

Honorable Judge
New York City
March 14, 2022

Your Honor:

    I am Kimberly Luciano Cappas, third of the daughters of Mr. Gilberto Luciano Vásquez, through these short lines I am asking for a little mercy for my father. I am a nurse by profession, my father has instilled in me good habits which have helped me in my personal and professional growth. I am able to understand that the crime for which my father is accused is a serious one, I understand that it is a delicate process.

My father is the grandfather of my two children, he helped me in his free time to care for, study and assist my children as well as those of my sister Gylmarie. Gilberto has been a good father and a good grandfather. My father Gilberto understands and is willing to continue with his therapies, to continue with probation or rehabilitation.

Sincerely,

*Kimberly Luciano Cappas*

                                          Damilys Gonzalez Santiago
                                          Lajas, PR

Honorable Judge
New York City
March 17, 2022

Your Honor:

      Greetings Your Honor, I am Damilys González Santiago, a nurse by profession, a resident of Lajas, PR, I am the girlfriend of Gilberto Luciano Vásquez, whom I have known for a little over thirty years. I attest that Gilberto Luciano is a good person, a good son, a good father, a good grandfather, a good provider. He is a human being who likes to help others no matter who he is, he goes out of his way for those around him. Through this medium I am imploring clemency for Gilberto Luciano. I understand and understand that the crime for which you are charged is a felony, and carries strong charges. Gilberto is willing to continue with his therapies, or a rehabilitation and to fully follow a conditional release. As his girlfriend, I am willing to support him, help him in all the processes that are necessary.

                                                                       Sincerely,

                                                     *Damilys Gonzalez Santiago*